## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:18-cr-00105-HDM-WGC |
| | ) | |
| vs. | ) | |
| | ) | MINUTES OF COURT |
| CLIFTON JAMES JACKSON, | ) | |
| | ) | |
| Defendant. | ) | April 10, 2019 |
| | / | |

**PROCEEDINGS:** Jury Trial (Day One)

**PRESENT:**
**THE HONORABLE HOWARD D. McKIBBEN, SENIOR U.S. DISTRICT JUDGE**

**Deputy Clerk: Paris Rich**    **Reporter: Margaret Griener**

**Counsel for Plaintiff: Megan Rachow, AUSA and Randy St. Clair, AUSA**

**Counsel for Defendant: Kate Berry, AFPD and Chris Frey, AFPD**

At 8:40 a.m., the Court convenes.

The Defendant (in custody without restraints) is present with counsel. The Defendant is dressed in street clothes. Also, present at counsel table is Christian Filipiak, Investigator, Federal Public Defender's Office.

Government counsel are present with Glenda Newby, Litigation Support Specialist, U.S. Attorney's Office.

Counsel stipulate to the random draw of the jury. The Court addresses the procedure for any *Batson* challenge.

The Court addresses the pending motion in limine. With respect to the Defendant's ECF No. [63] Motion in Limine to Preclude Testimony of Hearing Shots Fired. The Court recites findings and conclusions. **IT IS ORDERED, ECF No. [63] Motion is DENIED.**

Ms. Rachow addresses the Defendant's juvenile son as proposed Defense Witness A.S. Further, Ms. Rachow states she has spoken with the juvenile son's state court counsel and is advised that if the juvenile is called to testify he will be invoking his Fifth Amendment. Additionally, there is no immunity extended or provided as the Government does not have jurisdiction. The Court and counsel confer.

Case 3:18-cr-00105-HDM-WGC   Document 73   Filed 04/10/19   Page 2 of 5

USA vs. CLIFTON JAMES JACKSON                                    April 10, 2019
3:18-cr-00105-HDM-WGC                                            Page 2 of 5

Ms. Berry invokes the rule of exclusion. **IT IS SO ORDERED**.

The Court and counsel discuss the Defendant's proposed Exhibits 501 and 507. **IT IS ORDERED, the Defendant's Exhibits 501 and 507 are received into evidence.**

The Court and counsel discuss the voir dire process and anticipated trial procedure.

At 9:02 a.m., Fifty-two (52) prospective jurors enter the courtroom.

The Court presents opening remarks and introduces counsel. The Court further summarizes this action and the anticipated trial schedule. The voir dire oath is administered and 32 prospective jurors are seated.

The Court addresses the issue of unconscious bias.

At 10:15 a.m., the jury is passed for cause. Counsel exercise peremptory challenges.

At 10:43 a.m., Counsel stipulate to the 14 seated jurors. The Court thanks and excuses the remaining jurors for a period of two years.

The Court recites statements to the jury regarding the trial progression. The 14 jurors are empaneled and sworn.

At 10:49 a.m., the jury is admonished and excused.

The Court stands at recess.

At 11:06 a.m., the Court reconvenes outside the presence of the jury.

**IT IS ORDERED, the Government's Exhibit 4b is received into evidence.**

At 11:08 a.m., the jury enters the courtroom.

The Court recites statements to the jury. The Court further addresses the issue of unconscious bias.

On behalf of the Government, Mr. St.Clair presents opening statements.

On behalf of the Defendant, Ms. Berry presents opening statements.

BRUCE PEDRO, called on behalf of the Government, is sworn, examined on direct by Ms. Rachow, and released subject to recall.

**IT IS ORDERED, the Government's Exhibits 2, 19, 1, and 3a-b are received into evidence.**

At 11:51 a.m., the jury is admonished and excused.

Case 3:18-cr-00105-HDM-WGC   Document 73   Filed 04/10/19   Page 3 of 5

USA vs. CLIFTON JAMES JACKSON                                    April 10, 2019
3:18-cr-00105-HDM-WGC                                             Page 3 of 5

Outside the presence of the jury, Ms. Rachow addresses the issue regarding the Court's earlier ruling regarding the bullet found in the vehicle and a specific witness. The Court will address the matter later this date.

At 11:54 a.m., the Court stands at recess.

At 1:00 p.m., the Court reconvenes with all parties present.

The jury enters the courtroom.

BRUCE PEDRO, resumes the witness stand, is cross-examined by Mr. Frey, examined on redirect by Ms. Rachow, recross-examined by Mr. Frey, and excused.

THORVALD SCOTT TINSETH, Deputy Sheriff, Washoe County Sheriff's Office, called on behalf of the Government, is sworn, and released subject to recall.

At 1:44 p.m., the Court stands at recess.

Outside the presence of the jury, Defense counsel waive the Defendant's presence for the jury recess.

Mr. Frey addresses a potential identification of the Defendant by Witness Pedro. The Court and counsel confer. The Court directs counsel to check the record and any identification will be stricken and a curative instruction will be provided to the jury.

At 1:47 p.m., the Defendant returns to the courtroom. All parties are present.

At 1:48 p.m., the jury enters the courtroom.

THORVALD SCOTT TINSETH, Deputy Sheriff, Washoe County Sheriff's Office, resumes the witness stand, is examined on direct by Ms. Rachow, cross-examined by Mr. Frey, examined on redirect by Ms. Rachow, recross-examined by Mr. Frey, and excused.

**IT IS ORDERED, the Government's Exhibits 4a, 5, 6, 20, 7, 8, 9, 10, 12a-b, are received into evidence.**

**IT IS FURTHER ORDERED, the Defendant's Exhibits 520A-C, 519A-D, and 521 are received into evidence.**

**IT IS FURTHER ORDERED, the Government shall retain custody of the Government's Exhibits 8 and 10.**

At 3:05 p.m., the jury is admonished and excused.

Outside the presence of the jury, the Court revisits the statement made by Witness Pedro with respect to identification of the Defendant. The Court proposes an instruction to the jury. The Court anc counsel confer.

Case 3:18-cr-00105-HDM-WGC   Document 73   Filed 04/10/19   Page 4 of 5

USA vs. CLIFTON JAMES JACKSON                         April 10, 2019
3:18-cr-00105-HDM-WGC                                  Page 4 of 5

Ms. Rachow readdresses the issue of the bullet in the vehicle.  The Court recites findings and conclusions.  **IT IS ORDERED, the Defendant's motion to suppress the evidence of the bullet in the vehicle is DENIED.**  Mr. Frey recites objection for the record.  **IT IS ORDERED, the Defense objection is DENIED.**

At 3:16 p.m., the Court stands at recess.

At 3:31 p.m., the Court reconvenes with all parties present.

The jury enters the courtroom.

The Court recites a limiting instruction to the jury with respect to Witness Pedro's identification of the Defendant.

BRIAN HARRIS, Deputy Sheriff, Washoe County Sheriff's Office, called on behalf of the Government, is sworn, examined on direct by Ms. Rachow, cross-examined by Ms. Berry, examined on redirect by Ms. Rachow, and excused.

**IT IS ORDERED, the Government's Exhibit 22 is received into evidence.**

JOHN HAMILTON, Sergeant, Washoe County Sheriff's Office, called on behalf of the Government, is sworn, examined on direct by Ms. Rachow, and excused.

NICHOLAUS HUYNH, Deputy Sheriff, Washoe County Sheriff's Office, called on behalf of the Government, is sworn, examined on direct by Mr. St. Clair, and released subject to recall on Thursday, April 11, 2019 at 8:30 a.m.

At 4:01 p.m., the Court conducts a sidebar conference.  The Defense waives the Defendant's presence at the sidebar conference.  At 4:07 p.m., the sidebar conference concludes.

**IT IS ORDERED, the Government's Exhibit 15 is received into evidence.**

MICHAEL CHEUNG, Deputy Sheriff, Washoe County Sheriff's Office, called on behalf of the Government, is sworn, examined on direct by Mr. St. Clair, cross-examined by Ms. Berry, examined on redirect by Mr. St. Clair, and excused.

**IT IS ORDERED, the Government's Exhibits 13a-c, 14a-d, 16 are received into evidence.**

ELVIRA KOEDER, Criminalist, Washoe County Sheriff's Office, Forensic Science Division, called on behalf of the Government, is sworn, examined on direct by Mr. St. Clair, cross-examined by Ms. Berry, and excused.

NICOLE RAPINO, Criminalist, Washoe County Sheriff's Office, Forensic Science Division, called on behalf of the Government, is sworn, examined on direct by Mr. Rachow, cross-examined by Ms. Berry, examined on redirect by Ms. Rachow, recross-examined by Ms. Berry, and excused.

Case 3:18-cr-00105-HDM-WGC   Document 73   Filed 04/10/19   Page 5 of 5

**USA vs. CLIFTON JAMES JACKSON**                            **April 10, 2019**
**3:18-cr-00105-HDM-WGC**                                     **Page 5 of 5**

---

At 4:44 p.m., the jury is admonished and excused until Thursday, April 11, 2019 at 8:30 a.m.

Outside the presence of the jury, the Court and counsel discuss the remaining trial witnesses and the proposed jury instructions. The Court and counsel further confer. The Court advises counsel it will provide proposed jury instructions for review this date.

**IT IS ORDERED, Jury Trial (Day Two) is set for Thursday, April 11, 2019 at 8:30 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben.**

The Defendant is remanded to custody.

At 4:48 p.m., the Court stands at recess.

                                                DEBRA K. KEMPI, CLERK

                                         By: /s/ Paris Rich
                                              Deputy Clerk