UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLIFTON JAMES JACKSON,<br>    Defendant | Case No.: 3:11-cr-142-MMD-CBC<br><br>Case No. 3:18-cr-105-HDM-WGC<br><br>REASSIGNMENT ORDER |

       The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

       Accordingly, it is hereby ordered that Case No. 3:11-cr-00142-MMD-CBC is reassigned to District Judge Howard D. McKibben and Magistrate Judge Carla Baldwin Carry, and all future pleadings must bear Case No. 3:11-cr-00142-HDM-CBC.

       Dated this 13th day of May, 2019.

_____      _____
MIRANDA M. DU                                  HOWARD D. MCKIBBEN
U.S. DISTRICT JUDGE                          U.S. DISTRICT JUDGE

REASSIGNMENT ORDER - 1