UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIFTON JAMES JACKSON,<br><br>Defendant. | Case No: 3:18-cr-00105-HDM-WGC<br>Case No: 3:11-cr-00142-HDM-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for CLIFTON JAMES JACKSON and Acting United States Attorney SUE FAHAMI, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for March 12, 2025, at 1:30 PM, be vacated and continued to May 13, 2025, at 11:30 AM.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently on bond and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 7th day of March, 2025.

| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
|---|---|
| By  /s/ Allie Wilson<br>    ALLIE WILSON<br>    Assistant Federal Public Defender<br>    Counsel for CLIFTON JAMES JACKSON | By  /s/ Randolph J. St. Clair<br>    RANDOLPH J. ST. CLAIR<br>    Assistant United States Attorney<br>    Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS ORDERED** that the Revocation Hearing currently set for March 12, 2025, at 1:30 PM, be vacated and continued to May 13, 2025, at 11:30 AM in Reno Courtroom 4 before Judge Howard D. McKibben. **IT IS SO ORDERED**.

DATED this 7th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE