1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>CLIFTON JAMES JACKSON,<br><br>         Defendant. | Case No:  3:18-cr-00105-HDM-WGC<br>Case No:  3:11-cr-00142-HDM-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FIFTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for CLIFTON JAMES JACKSON and Deputy Attorney General of the United States TODD BLANCHE, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for December 11, 2025, at 11:00 AM, be vacated and continued to January 21, 2026, at 12:00 PM.

This Stipulation is entered into for the following reasons:

1.      Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.    The alleged violation of supervised release is based on an alleged state law violation that is set for trial on January 11, 2026.

3.    Awaiting adjudication of that alleged state law violation will facilitate a negotiated resolution of this matter.

4.    The defendant is currently on bond and consents to the continuance.

5.    The parties agree to the continuance.

6.    This is the fifth request for a continuance.

DATED December 5, 2025

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

By  /s/ Allie Wilson
    ALLIE WILSON
    Assistant Federal Public Defender
    Counsel for CLIFTON JACKSON

By  /s/ Randolph J. St. Clair
    RANDOLPH J. ST. CLAIR
    Assistant United States Attorney
    Counsel for the Government

2

1

### <u>ORDER</u>

2          Based on the Stipulation of counsel, and good cause appearing,

3          **IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for

4    December 11, 2025, at 11:00 AM, be vacated and continued to January 21, 2026, at 12:00 PM

5                in Reno Courtroom 4 before Judge Howard D. McKibben. **IT IS SO ORDERED.**

6          DATED this 5th day of December, 2025.

7

8

9

10    _____
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3