RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for CLIFTON JAMES JACKSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CLIFTON JAMES JACKSON,<br><br>            Defendant. | Case No:  3:18-cr-00105-HDM-WGC<br>Case No:  3:11-cr-00142-HDM-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (SIXTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for CLIFTON JAMES JACKSON and Deputy Attorney General of the United States TODD BLANCHE, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for January 21, 2026, at 12:00 PM, be vacated and continued to March 12, 2026, at 11:00 AM.

This Stipulation is entered into for the following reasons:

1.      Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.    The alleged violation of supervised release is based on an alleged state law violation that is set for trial on February 11, 2026.

3.    Awaiting adjudication of that alleged state law violation will facilitate a negotiated resolution of this matter.

4.    The defendant is currently on bond and consents to the continuance.

5.    The parties agree to the continuance.

6.    This is the sixth request for a continuance.

DATED January 15, 2026

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

By _/s/ Allie Wilson_____
   ALLIE WILSON
   Assistant Federal Public Defender
   Counsel for CLIFTON JACKSON

By _/s/ Randolph J. St. Clair_____
   RANDOLPH J. ST. CLAIR
   Assistant United States Attorney
   Counsel for the Government

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for January 21, 2026, at 12:00 PM, be vacated and continued to March 12, 2026, at 11:00 AM in Reno Courtroom 4 before Judge Howard D. McKibben. **IT IS SO ORDERED.**

DATED this 15th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE